UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG TODD OSBORNE                                                                 PLAINTIFF

V.                          NO. 4:17CV00576 JM-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                     DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Craig Todd Osborne's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 3rd day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE