UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRAIG TODD OSBORNE                                                    PLAINTIFF

V.                    NO. 4:17CV00576 JM-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 3rd day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE